## (February 6, 1979)

In the Matter of ARTIE PHILLIPS, Petitioner, v EUGENE S. LeFEVRE,

as Superintendent of the Clinton Correctional Facility, Respondent.—Motion for permission to appeal to this court denied, without costs, as unnecessary. The order sought to be appealed is appealable as of right (CPLR 5701, subd [a], par 1). Mahoney, P. J., Greenblott, Sweeney, Main and Mikoll, JJ., concur.